John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 816703  
Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | NOTICE TO DEPOSIT FUNDS | | | | | |
| 05-10904 | 001-0 | WESLEY M TREVINO<br>Original Check written to:<br>HEILIG MEYERS MASTER TRUST<br>P O BOX 96070<br>CHARLOTTE, NC 28296-0070 | xxxxxx4148 | 108.09 | 129.66 | 0.00 | 129.66 |
| 05-10947 | 999-0 | ANTONIO CARL MAY<br>Original Check written to:<br>ANTONIO CARL MAY<br>5680 CONCORD RD, APT#59<br>BEAUMONT, TX 77708 | | 0.00 | 425.02 | 0.00 | 425.02 |
| 05-10972 | 005-0 | REX A JOHNSON<br>Original Check written to:<br>CHEVRON<br>P O BOX 5010<br>CONCORD, CA 94524-0010 | xxxxxx0522 | 831.65 | 94.11 | 0.00 | 94.11 |
| 05-11277 | 002-0 | MICHAEL HENRY WAIDLEY JR<br>Original Check written to:<br>CHEVRON<br>P O BOX 2001<br>CONCORD, CA 94529-0001 | xxxxxx0300 | 152.97 | 295.64 | 0.00 | 295.64 |
| 05-90362 | 005-0 | ALTON D DAVIS<br>Original Check written to:<br>ADVANCE AMERICA<br>454 N TIMBERLAND<br>LUFKIN, TX 75901 | xxxxxxxxIDED | 361.90 | 10.44 | 0.00 | 10.44 |
| 05-90754 | 005-0 | WARREN LEVAN<br>Original Check written to:<br>VANDERBILT MORTGAGE<br>ATTN: BANKRUPTCY DEPT<br>P O BOX 9800<br>MARYVILLE, TN 37802- | xx7643 | 0.00 | 713.63 | 0.00 | 713.63 |
| 09-90301 | 003-0 | JOE OBREGON<br>Original Check written to:<br>ALLEN, MICHAEL<br>2054 CR 3252<br>JOAQUIN, TX 75954- | xxxxxxxxxided | 1,342.22 | 0.00 | 55.67 | 55.67 |